KRISTINE ACKELS

VERSUS

DR. SCOTT BUHLER M.D. AND JESSICA
SCHMIDT NP

NO. 23-CA-490

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

June 12, 2024

Linda Wiseman

First Deputy Clerk

---

## ON APPLICATION FOR REHEARING

---

Panel composed of John J. Molaison, Jr.,
Scott U. Schlegel, and Timothy S. Marcel

## APPLICATION FOR REHEARING DENIED WITHOUT REASONS

**SUS**
**JJM**
**TSM**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **06/12/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-CA-490**

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Michael P. Mentz (District Judge)
Benjamin J. Biller (Appellee)

### MAILED

Kristine Ackels  (Appellant)
4912 Burgundy Street
New Orleans, LA 70117